# United States Bankruptcy Court

## District Of MASSACHUSETTS

In re John V. LaMagna ) Case No. 16-13568
Debtor )
) Chapter 13
)
John V. LaMagna )
Plaintiff )
)
v. ) Adv. Proc. No. _____
Federal National Mortgage Association )
aka FNMA, aka Fannie Mae )
Defendant )

2016 DEC 19 PM 2 37 US BANKRUPTCY COURT

## COMPLAINT AND REQUEST FOR INJUNCTION

I. The Parties to This Complaint
   A. The Plaintiff(s)

   | | |
   |---|---|
   | Name | Jane M. Doe, residing since 2009 at |
   | Street Address | 841 Santuit Newtown Rd. |
   | City and County | Marstons Mills, Barnstable County |
   | State and Zip Code | Massachusetts, 02648 |
   | Telephone Number | 508 420-1846 |
   | E-mail Address | |

   B. The Defendant(s)

   Defendant No. 1

   | | |
   |---|---|
   | Name | Orlans Moran PLLC |
   | Job or Title (if known) | foreclosure firm |
   | Street Address | 465 Waverly Oaks Rd. suite 401 |
   | City and County | Waltham, Middlesex County |
   | State and Zip Code | Massachusetts, 02452 |
   | Telephone Number | 781 790-7800 |
   | E-mail Address (if known) | bankruptcy@orlansmoran.com |

   Defendant No. 2

   | | |
   |---|---|
   | Name | Orlans Moran PLLC |
   | Job or Title (if known) | foreclosure firm |
   | Street Address | 1650 W. Big Beaver Rd. |
   | City and County | Troy, Oakland County |
   | State and Zip Code | Michigan, 48084 |
   | Telephone Number | 248 502-1400 |
   | E-mail Address (if known) | |

United States Bankruptcy Court

Case No. 16-13568                           Adv. Proc. No.

Chapter 13

## COMPLAINT AND REQUEST FOR INJUNCTION

**Defendant No. 3**
- Name: Julie Taylor Moran
- Job or Title (if known): co-owner Orlans Moran
- Street Address: 465 Waverly Oaks Rd. suite 401
- City and County: Waltham, Middlesex County
- State and Zip Code: Massachusetts, 02452
- Telephone Number: 781 790-7800
- E-mail Address (if known): bankruptcy@orlansmoran.com

**Defendant No. 4**
- Name: Linda Marie Orlans
- Job or Title (if known): co-owner Orlans Moran
- Street Address: 1650 W. Big Beaver Rd.
- City and County: Troy, Oakland County
- State and Zip Code: Michigan, 48084
- Telephone Number: 248 502-1400
- E-mail Address (if known): bankruptcy@orlansmoran.com

**Defendant No. 5**
- Name: Stephanie Babin
- Job or Title (if known): foreclosure lawyer @ Orlans Moran
- Street Address: 465 Waverly Oaks Rd. suite 401
- City and County: Waltham, Middlesex County
- State and Zip Code: Massachusetts, 02452
- Telephone Number: 781 790-7800
- E-mail Address (if known):

**Defendant No. 6**
- Name: Federal National Mortgage Association
- Job or Title (if known):
- Street Address: 3900 Wisconsin Ave. NW
- City and County: Washington D.C.
- State and Zip Code: 20016
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 7**
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Case No. 16-13568

Chapter 13

## COMPLAINT AND REQUEST FOR INJUNCTION

II. **Statement of Claim**

12/1/14 "FORECLOSURE" @ 841 SANTUIT NEWTOWN RD., MARSTONS MILLS, MA. 02648, BY FORECLOSURE SALE, AND BY QUIET ENTRY, IS FRAUD

1. Fannie Mae/Orlans Moran, and its' attorneys, asserted as their right to file a fraudulent motion for relief from stay on 10/27/16, Fannie Mae's "ownership", when they do not lawfully own it, as the foreclosure is fraud.
2. As the motion was fraudulent, and filed without the right they assert, it was a violation of ch. 13 stay, and it was not Fannie Mae's/Orlans Moran's only violation of the stay, along with numerous 93A violations.
3. Fannie Mae/Orlans Moran and it's attorneys, knowingly, willfully and intentionally inflicted emotional distress and caused grievous harm to the elderly, disabled debtor and the elderly, disabled, at risk third party, by their outrageous acts, when Fannie Mae/Orlans Moran and it's attorneys knew they were elderly and disabled and at risk.

III. **Relief**

1. Prohibit Fannie Mae/Orlans Moran and it's attorneys, or any agents or party acting on their behalf, to do or attempt to do any of the following, pending the determination of void foreclosure:
A.) Prohibit any sale or conveyance of the property, whatsoever, to any party.
B.) Prohibit any contact, by any means whatsoever, with any party at, or with any interest in, since 2009, 841 Santuit Newtown Rd Marstons Mills, MA.
C.) Prohibit transfering of any utility to Fannie Mae or any other name, and any interference, interruption, or disruption of any utilities, mail, or any other services at 841 Santuit Newtown Rd. Marstons Mills, MA.
D.) Any other relief court and/or jury determines, as good cause found.

2. Compel Discovery: records, documents, interrogatories. Order Fannie Mae/Orlans Moran, and it's attorneys, to comply with Plaintiff's Discovery request, as well as any other parties with relevant records, documents or information.

X Check if a jury trial is demanded in complaint

X Check if this is asserted to be a class action under FRCP 23

Demand $   As determined by court and/or jury, plus legal fees, as good cause found.

**Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery

Date of signing: 12/15/16

Signature of Plaintiff
Printed Name of Plaintiff   John V. LaMagna