B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>John V. LaMagna<br>Jane M. Doe | **DEFENDANTS** Fannie Mae aka FNMA aka Federal National Mortgage Association<br>Orlans Moran PLLC, et al |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>John V. LaMagna, Pro Se<br>841 Santuit Newtown Road<br>Marstons Mills, Ma. 02648 | **ATTORNEYS** (If Known)<br>Orlans Moran PLLC<br>465 Waverly Oaks Rd, suite 401<br>Waltham, Ma. 02452 |
| **PARTY** (Check One Box Only)<br>☑ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Fraudulent motion for relief of stay, based on a fraudulent foreclosure. Therefore, violation of stay. Also, knowing, willful, intentional infliction of emotional distress and grievous harm to elderly and disabled, at risk tenants. 11 USC 362, 93A, 186A

### NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☑ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☑ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☑ Check if this case involves a substantive issue of state law | ☑ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☑ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought    Monetary damages as the court and/or jury see as proper.

(stamp: 2016 DEC 28 PM 12: 15 US BANKRUPTCY COURT)

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>John Vincent LaMagna | BANKRUPTCY CASE NO.<br>16-13568 | |
| DISTRICT IN WHICH CASE IS PENDING<br>Southeastern Massachusetts | DIVISION OFFICE | NAME OF JUDGE<br>Joan N. Feeney |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*[signature]* pro se | | |
| DATE<br>Dec. 23, 2016 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>John Vincent LaMagna, plaintiff | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

United States Bankruptcy Court

_____ District Of __MASSACHUSETTS__

In re __John V. LaMagna__ )   Case No. __16-13568__
　　　　　Debtor )
 )   Chapter __13__
 )
__John V. LaMagna, et al__ )
　　　　　Plaintiff )
 )
　　　v. )   Adv. Proc. No. _____
Fannie Mae aka FNMA aka )
Federal National Mortgage Assoc, et al )
　　　　　Defendant )

# COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**
　A.　The Plaintiff(s)

|  |  |
|---|---|
| Name | Jane M. Doe, residing since 2009 at |
| Street Address | 841 Santuit Newtown Rd. |
| City and County | Marstons Mills, Barnstable county |
| State and Zip Code | Massachusetts, 02648 |
| Telephone Number | 508 420-1846 |
| E-mail Address | |

　B.　The Defendant(s)

Defendant No. 1
| | |
|---|---|
| Name | Fannie Mae aka FNMA aka Federal National Mortgage Association |
| Job or Title (if known) | |
| Street Address | 3900 Wisconsin Ave.   NW |
| City and County | Washington D.C. |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2
| | |
|---|---|
| Name | Orlans Moran PLLC |
| Job or Title (if known) | foreclosure firm |
| Street Address | 465 Waverly Oaks Rd.   suite 401 |
| City and County | Waltham, Middlesex County |
| State and Zip Code | Massachusetts, 02452 |
| Telephone Number | 781 790-7800 |
| E-mail Address (if known) | bankruptcy@orlansmoran.com |

United States Bankruptcy Court

Case No. 16-13568                                         Adv. Proc. No.

Chapter 13

# COMPLAINT AND REQUEST FOR INJUNCTION

Defendant No. 3
- Name: Orlans Moran PLLC
- Job or Title (if known): Foreclosure firm
- Street Address: 1650 W. Big Beaver Rd.
- City and County: Troy, Oakland County
- State and Zip Code: Michigan, 48084
- Telephone Number: 248 502-1400
- E-mail Address (if known):

Defendant No. 4
- Name: Julie Taylor Moran
- Job or Title (if known): co-owner Orlans Moran, foreclosure firm
- Street Address: 465 Waverly Oaks Rd. suite 401
- City and County: Waltham, Middlesex County
- State and Zip Code: Massachusetts, 02452
- Telephone Number: 781 790-7800
- E-mail Address (if known): bankruptcy@orlansmoran.com

Defendant No. 5
- Name: Linda Marie Orlans
- Job or Title (if known): co-Owner Orlans Moran, foreclosure firm
- Street Address: 1650 W. Big Beaver Rd.
- City and County: Troy, Oakland County
- State and Zip Code: Michigan, 48084
- Telephone Number: 248 502-1400
- E-mail Address (if known):

Defendant No. 6
- Name: Stephanie Babin
- Job or Title (if known): foreclosure lawyer @ Orlans Moran
- Street Address: 465 Waverly Oaks Rd. suite 401
- City and County: Waltham, Middlesex County
- State and Zip Code: Massachusetts 02452
- Telephone Number: 781 790-7800
- E-mail Address (if known):

Defendant No. 7
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

# United States Bankruptcy Court
### District of Massachusetts

CASE NO.  16-13568

CHAPTER  13

ADV.PRO.NO.

## COMPLAINT AND REQUEST FOR INJUNCTION

II.  Statement of Claim

12/1/14 "FORECLOSURE" @ 841 SANTUIT NEWTOWN ROAD, MARSTONS MILLS, MA. 02648, BY FORECLOSURE SALE, AND BY QUIET ENTRY, IS FRAUD

1. Fannie Mae/Orlans Moran, and it's attorneys, asserted as their right to file a fraudulent motion for relief from stay on 10/27/16, Fannie Mae's "ownership", when they do not lawfully own it, as the foreclosure is fraud.

2. As the motion was fraudulent, and filed without the right they assert, it was a violation of the chapter 13 stay, and this was not Fannie Mae's/Orlans Moran's only violation of the stay.

3. Fannie Mae/Orlans Moran, and it's attorneys, knowingly, willfully, and intentionally inflicted emotional distress and caused grievous harm to the elderly, disabled debtor and to the elderly, disabled, at risk third party, by their outrageous acts, when Fannie Mae/Orlans Moran and it's attorneys knew, for a fact, they were elderly and disabled and at risk.

III. Relief

1. Prohibit Fannie Mae/Orlans Moran, and it's attorneys, or any agents or party(s) acting on their behalf, to do or attempt to do any of the following, pending the determination of void foreclosure:

   A.) Prohibit any sale or conveyance of the property, whatsoever, to any party,
   B.) Prohibit any contact, by any means whatsoever, with any party at, or with any interest in, since 2009, 841 Santuit Newtown Rd., Marstons Mills, MA. 02648.
   C.) Prohibit transferring of any utility to Fannie Mae or any other name, and any interference, interruption, or disruption of any utilities, mail, or any other services at 841 Santuit Newtown Road, Marstons Mills, MA. 02648.
   D.) Any other relief the court and/or jury determines, as good cause found.

2. Compel Discovery: records, documents, interrogatories. Order Fannie Mae/Orlans Moran, and it's attorneys, to comply with Plaintiff's Discovery request, as well as any other parties with relevant records, documents and/or information.

   DEMAND $_____ As determined by court and/or jury, plus legal fees, as good cause found.

page 1

# United States Bankruptcy Court
District of <u>Massachusetts</u>

CASE NO. 16-13568

CHAPTER 13

ADV. PRO. NO.

## COMPLAINT AND REQUEST FOR INJUNCTION

<u>DEMAND FOR JURY TRIAL</u>:

If necessary.

<u>CLASS ACTION</u>:

This is asserted to be a class action under FRCP 23

*US BANKRUPTCY COURT 2016 DEC 28 PM 12 15*

### VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Dec. 23, 2016

Signature of Plaintiff  _[signature]_

Printed Name of Plaintiff  John V. LaMagna

page 2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re    JOHN VINCENT LAMAGNA                    Case No.   16-13568

                                                 Chapter    13
         Debtor(s)

## CERTIFICATE OF SERVICE

I, John V. LaMagna, pro se debtor, do certify that I have served bu U.S.P.S. first class mail and/or Priority mail and/or Priority Express mail, the parties listed below.

CAROLYN A. BANKOWSKI
CHAPTER 13 TRUSTEE
P.O. BOX 8250
BOSTON, MA. 02114

signed: _____
John V. LaMagna
841 Santuit Newtown Rd.
Marstons mills, MA. 02648                        dated: 12-23-16
508 420-1846