# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

## Pro Bono Application Supplemental Questionnaire

APPLICANT: John V. LaMagna          AP CASE NO: 16-01196

(Plaintiff)

Defendant

Other:

## SUPPLEMENTAL QUESTIONNAIRE,
## DOCUMENT AND INFORMATION CHECKLIST
## AND AFFIDAVIT OF INDIGENCE

This Supplemental Questionnaire must be completed and the documents below along with the Affidavit of Indigence must be filed before the court can consider your request for a pro bono attorney.

### SUPPLEMENTAL QUESTIONNAIRE
Please review the questions below carefully and provide answers.

1. Have you paid anyone for services in this case, including completing the documents for the Application for Pro Bono Counsel?  No

2. Have you promised to pay or do you expect to pay someone for services in this case?  No

3. Has anyone paid someone on your behalf for services in this case? Do you believe that anyone has paid or expects to pay another for services in this case?  No

4. Please state in detail the steps you took to seek legal counsel, including speaking with attorneys by phone, or in person; and contacting lawyer referral agencies or legal service agencies. Please include all information including the dates of contact and who you contacted/conferred with. Use additional sheets if necessary.

    PLEASE SEE ATTACHED LIST

    PLEASE NOTE: I HAVE 12 PAGES, HAND-WRITTEN ON LEGAL PAD PAGES,
    OF ATTORNEYS AND ORGANIZATIONS I CONTACTED.
    PLEASE LET ME KNOW IF THESE ARE NEEDED, AND
    I WILL COPY THEM AND SEND THEM IN.

    John V. LaMagna

    1/15/17

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re  JOHN VINCENT LAMAGNA

Case No. 16-13568

Chapter 13

Debtor(s)

ATTORNEY CONTACT LIST(partial)

I have 12 pages, hand-written on legal pad pages, starting from this past summer.

Legal Services For Cape & Islands
508 775-7020 They cannot go to court
          to represent someone;
Can only help w/ advice & paperwork

National Lawyers Guild 617 227-7008
www.nlgmasslawyers.org
Had no responses.

Justice Center of S.E. Mass LLC
1800 244 9023, online intake,
never went any further.

Mass. Legal Assistance Corp.
Martha Rush O'Mara, Chair
617 367-8544
Had short phone conversation w/
Ms. O'Mara: nothing ever came of it

New Center For Legal Advocacy
800 244-9023, for applications.
Had no responses

Legal Services Center of Harvard
Law School   (Housing Law Clinic)
Maureen E. McDonagh
617 390-2542
Ms. McDonagh is one of the authors of
help and articles  on the Mass Legal
Aid website. I did speak w/ her, but,
as happened w/ many of these organi-
zations, I am too far out of the
geographic area.

Legal Advocacy Hotline
Pro Bono Attorneys, Statewide
800 342-5297
Had no response.

Elder Services of Cape Cod
800 244-4630/info@escci.org
Spoke w/ them on phone, suggested
South Coast Legal Aid to me.

Justice Bridge Legal Center
U Mass School of Law
617 860-3414/info@justice-bridge.or
Did phone intake and was lined up
w/ newly licensed attorney, who
turned out to have a conflict of
interests re: Orlans Moran.
Conflict of interest, it turns out,
is not uncommon, as I found out.

Wynne & Wynne, Hyannis, Ma.
508 775-3665
Had a conflict of interests w/ Ocwe

Ed Rice Law, Boston 617 475-0909
Left message, never called me back.

Robert W. Martinez, Falmouth, Ma.
508 372-0052
Could not help due to heavy caseloa

Shahria Helena, Boston
info@attorneybostonlaw.com
I sent an email. No response

SENT FAXES TO, W/ NO RESPONSES:

Brister & Zandrow, Plymouth, Ma.
508 746-9556
Lawrence L. Hale, Sandwich, Ma.
508 866-2997
Glynn Law Offices, Falmouth, Ma
508 548- 9075

Pierce Law, Hyannis, Ma.
888 709-2580
Realty Esquire P.C., Hyannis, Ma.
508 862-9999 (I sent an email, no
 response.)
Michael P. Gerace, Worcester, Ma.
508 796-5310

I did speak w/ Jeffrey Feuer,
landlord/tenant atty. in Boston. He was very helpful w/ advice,
but his office could not handle anymore clients at the time.
617 492-8473

PLEASE NOTE: This is just a partial list.

**SUPPLEMENTAL DOCUMENTS REQUIRED**

☐ **Tax return:** Most recently filed <u>federal</u> income tax return (please redact all but the last four digits of your social security number, and any other social security number (spouse or dependent) that may appear. Please also redact the <u>names</u> of all minor children who might appear on the return, leaving only the first initial.

☐ **Bank Statements:** 12 months of all bank statements of accounts held by you and those with whom you reside.

☐ **Income:** 6 full months of pay stubs, including spouse's/partner's in household

☐ **Official Form B 106A/B:** Property
☐ **Official Form B 106I:** Your Income
☐ **Official Form B 106J:** Your Expenses
☐ **Official Form B 106 Declaration**

**AFFIDAVIT OF INDIGENCE**

I declare under penalty of perjury that
- The financial information I present in support of my Application for Pro Bono Counsel is truthful and complete;
- The statements on this Supplemental Questionnaire are truthful and complete;
- I understand that if the Court approves my motion, a volunteer may not be available to represent me;
- I understand that if the Court approves my motion, I am not entitled to counsel, nor is a right to counsel created;
- I understand that if at any time it is determined that I am not eligible for pro bono service based on the Court's Pro Bono Plan, the attorney will have the right to seek withdrawal of representation and I will be required to retain an attorney at my own expense, or to proceed without an attorney;
- That I have diligently searched for an attorney to assist me but have not been successful in retaining an attorney who can work within my means; and
- I do not have the financial means to retain an attorney to represent me in this Adversary Proceeding.

Signed: _____

Dated: Jan 15, 2017